UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Jerusalem K. Monday</u>

        v.                      Case No. 07-cv-226-SM

<u>U.S. Postal Service, Postmaster General</u>

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 29, 2007, no objection having been filed, for the reasons set forth therein.  Plaintiff's  Title VII claims, premised upon race and national origin discrimination, will go forward.  All remaining claims are hereby dismissed.

SO ORDERED.

November  26, 2007                              _____
                                                     Steven J. McAuliffe
                                                     Chief Judge

cc:    Jerusalem K. Monday, pro se